**Dismissed and Opinion Filed May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00211-CR

### AIRIC QUENTIN LURKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-28161-L**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
150211F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

AIRIC QUENTIN LURKS, Appellant

No. 05-15-00211-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F12-28161-L.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

     Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered May 5, 2015.